DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar # 151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SUSAN CAROL GAUNTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>SUSAN CAROL GAUNTY,  )<br>  )<br>            Defendant.  )<br>_____  ) | Case No. 1:06-cr-00144 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON<br><br>Date:   December 5, 2008<br>Time:   9:00 A.M.<br>Dept :  Hon. Lawrence J. O'Neill |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for November 21, 2008, **may be continued to December 5, 2008, at 9:00 A.M.**

   This continuance is requested by Counsel for defendant, because counsel is scheduled to be out of state at a training seminar on November 21, 2008, and will not be available to appear in court on the date now set.  Non-refundable airline tickets have been purchased for that purpose.  Counsel was out of the office ill when the currently scheduled court date was set  by an attorney in her office who was unaware of the scheduling conflict.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED:  October 31, 2008         /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED:  October 31, 2008         /s/  Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant
Susan Carol Gaunty

# O R D E R

**IT IS SO ORDERED.** Good cause exists for the continuance as requested.   Time is excluded in the interests of justice pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 31, 2008**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE