# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
APR 0 9 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America )
vs. ) Case No. 06-0144 LJO
Susan Gaunty )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Susan Gaunty_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting condition 7( c) and replacing it with the following: You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer; Your travel is restricted to the Eastern District of California and the Central District of California unless otherwise approved in advance by the Pretrial Services Officer.

All other previously ordered conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4/7/09        _____  4-7-09
Signature of Defendant    Date          Pretrial Services Officer   Date
Susan Gaunty                            Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                   4/9/09
Signature of Assistant United States Attorney    Date
For: Stanley Boone

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   4/9/09
Signature of Defense Counsel              Date
Rachel Hill

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _April 13, 2009_
[ ] The above modification of conditions of release is *not* ordered.

_____                   4/9/09
Signature of Judicial Officer             Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services