1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHEL W. HILL, Bar # 151522
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  SUSAN CAROL GAUNTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00144 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) | [PROPOSED] ORDER THEREON |
| SUSAN CAROL GAUNTY, | ) | Date: May 1, 2009 |
|  | ) | Time: 8:45 A.M. |
| Defendant. | ) | Dept : Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for April 17, 2009, **may be continued to May 1, 2009, at 8:45 A.M.**

This continuance is requested by Counsel for defendant because based on newly received results of investigation efforts, the parties are in the process of finalizing plea negotiations. It is anticipated that the requested continuance will allow the parties sufficient time to complete plea negotiations and to present a resolution of the matter to the court at the time of the hearing. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: April 14, 2009  /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: April 14, 2009  /s/ Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant
Susan Carol Gaunty

**O R D E R**

GOOD CAUSE EXISTS. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: April 15, 2009**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE