Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | SUSAN CAROL GAUNTY |
| **Docket Number:** | 1:06CR00144-01 LJO |
| **Offender Address:** | Los Angeles, California |
| **Judicial Officer:** | Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | August 7, 2009 |
| **Original Offense:** | 18 USC 1343 and 2, Wire Fraud and Aiding and Abetting (CLASS C Felony) |
| **Original Sentence:** | 36 months probation, mandatory drug testing, $100 special assessment and $1,565 restitution. |
| **Special Conditions:** | 1) Search; 2) No dissipation of assets; 3) Financial disclosure; 4) Drug and alcohol treatment; 5) Drug and alcohol testing; 6) Alcohol restrictions; 7) Mental health treatment; and 8) Aftercare co-payment. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | August 7, 2009 |
| **Assistant U.S. Attorney:** | Stanley A. Boone   **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Rachel Wright Hill   **Telephone:** (559) 487-5561 |
| **Other Court Action:** | |
| **11/25/2009**: | Probation Form 12C, Petition for Warrant, filed with the Court, which alleged use of a controlled substance. |

RE:     **SUSAN CAROL GAUNTY**
        **Docket Number:  1:06CR00144-01 LJO**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

| | |
|---|---|
| **04/09/2010:** | Disposition of supervised release violation; Probation continued for 36 months. Terms and conditions as previously ordered. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

Susan Gaunty shall pay $25.00 per month and/or 10% of her gross monthly earning to her outstanding Court-ordered financial obligation. Additionally, she shall apply monies received from income tax returns, lottery winnings, inheritance, judgements, and any anticipated or unexpected financial gains to the outstanding Court-ordered financial obligation.

## NON-COMPLIANCE SUMMARY

**NEW LAW VIOLATION**

**Details of alleged non-compliance:** On May 24, 2010, the defendant was cited for Driving on a Suspended License. The defendant has been convicted of this offense, a misdemeanor, and was sentenced to 12 months probation and a fine, with the imposition of the sentence suspended.

**Justification:** The defendant is in compliance with all other supervision terms and conditions, and there are no other known violations pending at this time. The United States Probation Office in the Central District of California is recommending no additional Court action be taken at this time. It is felt by her supervising officer that the sanctions imposed by the Los Angeles County Superior Court is sufficient to address the defendant's violation conduct.

In an effort to ensure the defendant makes regular restitution payments, it is recommended the Court impose a special condition of supervision requiring monthly payments in the manner noted above. The defendant has acknowledged her willingness to modify her conditions by signing a Waiver of Hearing to Modify Conditions of Supervised Release, which is attached for the Court's review.

RE: **SUSAN CAROL GAUNTY**
Docket Number:  1:06CR00144-01 LJO
PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER

Respectfully submitted,

/S/ Tim D. Mechem
**TIM D. MECHEM**
Senior United States Probation Officer
Telephone:  (559) 499-5731

**DATED:** February 16, 2011
Fresno, California
TDM

**REVIEWED BY:** /S/ Hubert J. Alvarez
**HUBERT J. ALVAREZ**
Supervising United States Probation Officer

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.


cc:   United States Probation
      Stanley A. Boone, Assistant United States Attorney
      Rachel Wright Hill, Assistant Federal Defender
      Defendant
      Court File
Attachment:  Probation Form 49
IT IS SO ORDERED.

Dated:   **February 21, 2011**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE